UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEPTOE HOMES, INC., a Nevada corporation; INSPIRATION HOMES, LLC, a Nevada limited liability company; RAINEY DAY INVESTMENTS, LLC, a Nevada limited liability company; DRS TRUST; DRS HOLDINGS, LLC, a Nevada limited liability company; DONALD MARK BIVINS, an individual; THERESA BIVINS, an individual; AND MARK A. RUA, an individual;<br><br>      Plaintiffs,<br><br>vs.<br><br>NEW SOUTH FEDERAL SAVINGS BANK; BEAL BANK, SSB, AS SUCCESSOR IN INTEREST TO NEW SOUTH FEDERAL SAVINGS BANK; and FEDERAL DEPOSIT INSURANCE CORPORATION, IN ITS CAPACITY AS RECEIVER FOR NEW SOUTH FEDERAL SAVINGS BANK,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4**

Pursuant to Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs STEPTOE HOMES, INC., a Nevada Corporation, INSPIRATION HOMES, LLC, a Nevada Limited Liability

{B1216531}                                                       1

Company, DRS TRUST, RAINEY DAY INVESTMENTS, LLC, a Nevada Limited Liability Company, DRS HOLDINGS, LLC, a Nevada Limited Liability Company, DONALD MARK BIVINS, a Nevada citizen, THERESA BIVINS, a Nevada citizen and MARK A. RUA a Nevada citizen, in the above captioned action certifies that the general nature and purpose of the Plaintiff entity or entities are a Nevada Corporation and Nevada limited liability companies, whose managers and members, and officers are as follows:

    i)    Steptoe Homes, Inc., a Nevada corporation
            Mark Rua, Secretary
            Donald Mark Bivins, Director
            Donald Mark Bivins, Treasuer
            Donald Mark Bivins, President

    ii)   Inspiration Homes, LLC, a Nevada limited liability company
            Donald Mark Bivins, Manager
            Donald Mark Bivins Family Trust, Member

    iii)  Rainey Day Investments, LLC, a Nevada limited liability company
            Lorraine Snodgrass, Manager
            Mark Rua, Member

    iv)  DRS Holdings, LLC, a Nevada limited liability company
            Donald Mark Bivins, Manager
            DRS Diversified, LLC, Member

Counsel also certifies that there are no parents, subsidiaries and/or affiliates of said party or parties that have issued shares of debt securities to the public.

    Dated this ___ day of October, 2010.

Respectfully submitted,

_____
J. Scott Dickens (ASB-6823-N74J)
Attorney for Plaintiffs


_____
Amber M. Whillock (ASB-0816-R79W)
Attorney for Plaintiffs

OF COUNSEL:
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259-8512
Telephone: (205) 868-6000
Facsimile: (205) 868-6099

SERVE ALL DEFENDANTS BY CERTIFIED MAIL AT THE ADDRESSES BELOW:

New South Federal Savings Bank
c/o Federal Deposit Insurance Corporation
Dennis Elston, Agent for Service of Process
Shelby Office
1 Riverchase Office Plaza, Suite 110
Birmingham, Alabama 35244

New South Federal Savings Bank
c/o Beal Bank, SSB
2000 Crestwood Blvd.
Birmingham, AL 35210

Beal Bank, SSB
c/o C T Corporation System
350 N. St. Paul Street, Suite 2900
Dallas, Texas 75201-4234

Federal Deposit Insurance Corporation
c/o Dennis Elston, Agent for Service of Process
Shelby Office
1 Riverchase Office Plaza, Suite 110
Birmingham, Alabama 35244